IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA KLABBATZ et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. 2:18-cv-00242-MHW-KAJ |
| | ) | |
| MWD CONSULTING, INC. et al., | ) | Judge: Watson |
| | ) | Magistrate Judge: Jolson |
| *Defendants*. | ) | |

**JOINT MOTION TO APPROVE SETTLEMENT AND ENTER CONSENT DECREE**

Come now the parties, by and through counsel of record, and jointly move for entry of the accompanying consent decree, implementing and approving the parties' settlement agreement. The settlement agreement is the same as the proposed settlement that was submitted to the court in camera previously, and which has now been executed by the parties.

This case involves Fair Labor Standards Act ("FLSA") claims, as well as related claims, brought by the four named plaintiffs against the defendants. The defendants stringently deny all of the plaintiffs' claims. It has neither been certified (conditionally or otherwise) as a FLSA collective action, nor as a class action. Only the claims of the four named private plaintiffs, accordingly, are at stake.

Plaintiffs have all been represented by counsel throughout, and after extensive negotiation and court-sponsored mediation, have reached a tentative settlement. However, as discussed at prior case management conferences, the facts and circumstances of this settlement are unusual; go beyond FLSA claims; and a resolution of other, confidential claims is built into

the settlement agreement. As such, the Parties contend that this case falls outside the scope of the average FLSA action and has specific, extraordinary, unique characteristics calling for confidentiality.

Nevertheless, recognizing the presumption in favor of public access to Court records, the Parties have agreed to the attached proposed consent decree, which details the material terms of the settlement agreement between the Parties. Moreover, the actual settlement papers have been provided to the Court for an in camera review. Accordingly, the Parties are not asking the Court to seal any records on the docket, but instead that the Court use the proposed consent decree to approve the settlement of this matter. Consent decrees such as this have been approved within the Sixth Circuit before. E.g., Whiteman v. First Class Towing, Inc., 2015 U.S. Dist. LEXIS 66524 (E.D. Mich. 2014) (approving private FLSA settlement without publicizing underlying terms).

Moreover, there are no absent parties whose rights will be affected.

WHEREFORE, the parties jointly move that the Court order that the attached consent decree, implementing the previously submitted and reviewed settlement agreement, be approved.

Respectfully submitted this 22nd day of February 2019.

**/s Jeffrey S. Moeller**
Daniel F. Gourash (0032413)
Jeffrey S. Moeller (0074512)
SEELEY, SAVIDGE EBERT & GOURASH, LPA
26600 Detroit Rd. Suite 300
Cleveland, OH 44145
Tel: 216-566-8200
Fax: 216-566-0213
*Counsel for: Defendants MWD Consulting, Inc. et al*.
dfgourash@sseg-law.com
jmoeller@sseg-law.com

**/s Steven C. Babin, Jr.**
Steven C. Babin, Jr. (0093584)
1320 Dublin Rd., Suite 100
Columbus, Ohio 43215
Tel: 614-384-7035
E-mail: steven.babin@babinlaws.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on February 22nd, 2019, he caused a true and correct copy of the foregoing to be served upon the following via the Court's electronic delivery system:

Steven C. Babin, Jr. (0093584)
1320 Dublin Rd., Suite 100
Columbus, Ohio 43215
E-mail: steven.babin@babinlaws.com
*Counsel for Plaintiffs*

**/s Jeffrey S. Moeller**
Jeffrey S. Moeller