UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANDREA KLABBATZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MWD CONSULTING, INC. *et al.*, <br><br> Defendants. | Case No.: 2:18-cv-00242-MHW-KAJ <br><br> Judge Watson <br><br> Magistrate Judge Jolson |

## CONSENT DECREE

THIS CONSENT DECREE is made and entered into by and between all the Parties to this litigation in the above action. The Complaint in this case alleges claims under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. §§ 4111.01, *et seq.*, the Ohio Semi-Monthly Payment Act O.R.C. § 4113.15, and common law unjust enrichment.

NOW, THEREFORE, in consideration of the Parties' settlement agreement in this matter, which the Court finds appropriate, fair, and reasonable, it is ORDERED, ADJUDGED, AND DECREED that:

1. This consent decree implements the Parties' settlement agreement and side agreement in this matter, which have been previously reviewed by the Court *in camera* and are hereby approved and incorporated herein by reference.

2. The Parties were each represented by competent counsel, who zealously advocated for their interest throughout this matter.

3. The settlement agreement and side agreement resolve bona fide disputes between the

Parties as to whether Plaintiffs are overtime exempt under the FLSA and/or entitled to overtime compensation, among other claims and defenses.

4. This matter involves only individual claims, and no class or collective action was certified.

5. The Parties each face unique sets of risks should litigation proceed to a jury trial.

6. In order to resolve the disputes, the Parties have agreed in the settlement agreement and side agreement to pay a Settlement Amount to the Plaintiffs, and for attorneys' fees that the Court finds to be reasonable under the circumstances.

7. The Settlement Amount referenced above shall be paid within ten (10) days of entering this Consent Decree.

8. The Parties have agreed to refrain from any disparagement of each other.

9. The Parties have agreed to additional settlement terms that the Court finds fair and reasonable, and hereby approves.

10. Within 7 days after negotiation of the Settlement Amount, Plaintiffs shall file with the Court a Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to be signed by counsel for the Parties, dismissing this lawsuit against Defendants with prejudice, each party to bear its own costs and attorneys' fees outside of those in the settlement agreement and side agreement.

SO ORDERED, ADJUDGED, AND DEDREED this 25 day of February, 2019.

                                                                /s/ Michael H. Watson
                                                                 MICHAEL H. WATSON, JUDGE
                                                                 UNITED STATES DISTRICT COURT

Respectfully submitted this 22nd day of February 2019 by:

**/s Jeffrey S. Moeller**
Daniel F. Gourash (0032413)
Jeffrey S. Moeller (0074512)
SEELEY, SAVIDGE EBERT & GOURASH, LPA
26600 Detroit Rd. Suite 300
Cleveland, OH 44145
Tel: 216-566-8200
*Counsel for: Defendants MWD Consulting, Inc. et al.*
dfgourash@sseg-law.com
jmoeller@sseg-law.com

**/s Steven C. Babin, Jr.**
Steven C. Babin, Jr. (0093584)
1320 Dublin Rd., Suite 100
Columbus, Ohio 43215
Tel: 614-384-7035
E-mail: steven.babin@babinlaws.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on February 22nd, 2019, he caused a true and correct copy of the foregoing to be served upon the following via the Court's electronic delivery system:

Steven C. Babin, Jr. (0093584)
1320 Dublin Rd., Suite 100
Columbus, Ohio 43215
E-mail: steven.babin@babinlaws.com
*Counsel for Plaintiffs*

                                            **/s Jeffrey S. Moeller**
                                            Jeffrey S. Moeller