IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANDREA KLABBATZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MDW CONSULTING, INC. d/b/a OPOC.us, *et al.*, <br><br> Defendants. | Case No.: 2:18-cv-242 <br><br> Judge Marbley <br><br> Magistrate Judge Jolson |

**PLAINTIFFS' REQUEST FOR AN ADVISORY RULING REGARDING TESTIMONY AND ATTORNEY CLIENT PRIVILIGE AT THE FORTHCOMING DISCOVERY SANCTIONS HEARING AND BRIEF IN SUPPORT**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs Andrea Klabbatz, Jordan Willis, Heidi Eagle, and Kaitlyn Vorbroker (hereinafter collectively referred to as "Plaintiffs"), and Defendants MWD Consulting, Inc., OPOC.us, AccelWELL, Inc., Centric HC, Inc., Edward D. A. Sommer, and Tobias Sommer, through their undersigned attorneys, hereby stipulate to a dismissal of this action *with prejudice* as to Plaintiff's individual claims with each side to bear its own costs and attorneys' fees, unless otherwise provided for.

*/s/Steven C. Baibn, Jr.*
Steven C. Babin, Jr. (0093584)
Babin Law, LLC
1320 Dublin Road, #100
Columbus, OH 43215
Phone: (614) 384-7035
Steven.babin@babinlaws.com

Counsel for Plaintiffs


*/s/Daniel F. Gourash*
Daniel F. Gourash

SEELEY, SAVIDGE, EBERT & GOURASH, LPA
26600 Detroit Road, Suite 300
Cleveland, Ohio 44145
Telephone:	216.566.8200
Facsimile:	216.566.0213
E-mail:	dgourash@sseg-law.com
	jmoeller@sseg-law.com

Counsel for Defendants
*MWD Consulting, Inc., et al.*

### Certificate of Service

I hereby certify that on this the 29th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of this electronic filing to the following:

Daniel F. Gourash
Jeffrey S. Moeller
SEELEY, SAVIDGE, EBERT & GOURASH, LPA
26600 Detroit Road, Suite 300
Cleveland, Ohio 44145
Telephone:	216.566.8200
Facsimile:	216.566.0213
E-mail:	dgourash@sseg-law.com
	jmoeller@sseg-law.com

Counsel for Defendants
*MWD Consulting, Inc., et al.*

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.   (0093584)
Chapin Legal Group, LLC
Attorney for Plaintiffs Andrea Klabbatz, *et al.*